The People of the State of Illinois, defendant in error, v. William O'Hern, plaintiff in error. Gen. No. 27,529. .

Prosecution for voting fraudulently at a general election. Defendant convicted. Error to the Muncipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

James F. Fardy, for plaintiff in error. ' Robert E. Crowe, for defendant in error; Edward E. Wilson, Alva L. Bates and Clyde C. · Fisher, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Joseph J. Roche, appellee, v. Charles E. Frazier et al., civil service commissioners of Chicago, appellants. Gen. No. 27,555.

Certiorari against the civil service commissioners of the city of Chicago to review their proceedings in the matter of charges against petitioner. Judgment of the circuit court sustaining the petition and quashing the proceedings of the commissioners. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Samuel A. Ettelson, for appellants; Gilbert G. Ogden, of counsel. Wyman, Hopkins, McKeever & Colbert, for appellee; Vincent D. Wyman, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Arthur Heine, trading as Western Ignition Company, appellant, v. C. A. Misselhorn, appellee. Gen. No. 27,575.

Action to recover for labor and materials furnished in repairing defendant's automobile. Judgment for appellant for less than the amount of his claim. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Bernard J. Juron, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Anton Baca and Katarzyna Baca, appellants, v. Gustave A. Albright, appellee. Gen. No. 27,609.

Action of forcible detainer. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922. Certiorari denied by Supreme Court (making opinion final).

McMahon, Graber & Elward, for appellants; Joseph F. Elward, of counsel. Arthur A. Huebsch, for appellee; James G. Sheridan, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

W. F. Cummings, appellee, v. City of Chicago, appellant. Gen. No. 27,619.

Assumpsit upon a contract for the furnishing and installing by plaintiff of lighting cables and conduits. Judgment for plaintiff. Appeal· from the Circuit Court of Cook county; the Hon. David M.